1094

No. 04–7465. Martinez v. Illinois. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 04–7506. Roberts v. Barreras et al. C. A. 10th Cir. Certiorari denied.

No. 04–7512. Goins v. Nevada. C. A. 9th Cir. Certiorari denied.

No. 04–7513. Fleming v. United States. C. A. 11th Cir. Certiorari denied.

No. 04–7559. Cassano v. Unger, Superintendent, Livingston Correctional Facility. C. A. 2d Cir. Certiorari denied.

No. 04–7623. Bert v. Snow, Secretary of the Treasury, et al. C. A. 4th Cir. Certiorari denied.

No. 04–7639. Williams v. United States. C. A. 5th Cir. Certiorari denied.

No. 04–7641. Tate v. United States. C. A. 11th Cir. Certiorari denied.

No. 04–7649. Springmeier v. United States. C. A. 9th Cir. Certiorari denied.

No. 04–7651. Royal v. United States. C. A. 11th Cir. Certiorari denied.

No. 04–7658. Buck v. United States. C. A. 3d Cir. Certiorari denied.

No. 04–7665. Ramos v. United States. C. A. 7th Cir. Certiorari denied.

No. 04–7666. Smith v. United States. C. A. 11th Cir. Certiorari denied.

No. 04–7668. Sims v. United States. C. A. 7th Cir. Certiorari denied.

No. 04–7671. Santiago v. Lamanna, Warden. C. A. 3d Cir. Certiorari denied.